(January 26, 2010)*

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANDRE JACKSON, Appellant. [902 NYS2d 824]—

Appeal by the defendant from a judgment of the Supreme Court, Queens County (Erlbaum, J.), rendered April 16, 2008, convicting him of robbery in the third degree and grand larceny in the fourth degree, after a nonjury trial, and imposing sentence.

Ordered that the judgment is affirmed.

Viewing the evidence in the light most favorable to the prosecution (*see People v Contes*, 60 NY2d 620 [1983]), we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt. In fulfilling our responsibility to conduct an independent review of the weight of the evidence (*see* CPL 470.15 [5]; *People v Danielson*, 9 NY3d 342 [2007]), we nevertheless accord great deference to the factfinder's opportunity to view the witnesses, hear the testimony, and observe demeanor (*see People v Mateo*, 2 NY3d 383, 410 [2004], *cert denied* 542 US 946 [2004]; *People v Bleakley*, 69 NY2d 490, 495 [1987]). Upon reviewing the record here, we are satisfied that the verdict of guilt was not against the weight of the evidence (*see People v Romero*, 7 NY3d 633 [2006]). Santucci, J.P., Dickerson, Eng and Chambers, JJ., concur.

* Not published with the other Second Department decisions of January 26, 2010.